THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS CHEVERE, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered April 12, 1985, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Butler,* 111 AD2d 404). Mangano, J. P., Kunzeman, Rubin, Kooper and Harwood, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENE CLAYTOR, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Browne, J.), rendered September 19, 1979, convicting him of criminal sale of a controlled substance in the first degree, criminal possession of a controlled substance in the first degree and criminal use of drug paraphernalia in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law and as a matter of discretion in the interest of justice, and a new trial is ordered; the facts have been considered and are determined to be established *(see, People v Hewlett,* 133 AD2d 417). Bracken, J. P., Weinstein, Rubin and Sullivan, JJ., concur.